Opinion issued February 21, 2013



In The

# Court of Appeals

For The

# First District of Texas

————————————

NO. 01-12-01155-CV

————————————

**U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS AND EMC MORTGAGE LLC FORMERLY KNOWN AS EMC MORTGAGE CORPORATION, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-57305**

---

**MEMORANDUM OPINION**

Appellants have filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.